

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00478-CV

_____

IN THE MATTER OF THE ESTATE OF GROVER GIBSON

On Appeal from Probate Court No. 2
Tarrant County, Texas
Trial Court No. 2021-PR02458-2

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Laura Alice Gibson filed a notice of appeal from the trial court's interlocutory order denying her motion to compel arbitration. The trial court signed the order on November 15, 2023, making the notice of appeal due by December 5, 2023. *See* Tex. R. App. P. 26.1(b) (setting 20-day deadline for notice of appeal from interlocutory order); 28.1(a) (stating that appeals from interlocutory orders are accelerated). However, Gibson did not file her notice of appeal until December 13, 2023.

The time for filing a notice of appeal is jurisdictional in this court, and absent a timely filed notice of appeal or extension request, we must dismiss the appeal. Tex. R. App. P. 25.1(b); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (discussing motions for extension of time to file a notice of appeal and noting that once the deadline for an extension has passed, an appellate court's jurisdiction may not be invoked); *Paschal v. Jones*, No. 02-23-00357-CV, 2023 WL 7210338, at *1 (Tex. App.—Fort Worth Nov. 2, 2023, no pet.) (per curiam) (mem. op.) (dismissing interlocutory appeal for want of jurisdiction because the notice of appeal was untimely filed). Accordingly, we notified Gibson that the appeal could be dismissed for want of jurisdiction unless she or another party filed a response showing a reasonable explanation for the late filing.

We have not received a response. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Paschal*, 2023 WL 7210338, at *1;

*Busby v. PS LPT Props. Invs.*, No. 01-23-00462-CV, 2023 WL 5615891, at *1 (Tex. App.—Houston [1st Dist.] Aug. 31, 2023, no pet.) (per curiam) (mem. op.) (dismissing interlocutory appeal for want of jurisdiction because notice of appeal had been untimely filed).

Per Curiam

Delivered:  January 25, 2024